IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHNNY H. HALL  PLAINTIFF
ADC #128321

V.  2:07cv00032 WRW

CORRECTIONAL MEDICAL SERVICES, et al  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint in its entirety. Plaintiff's claims against the Arkansas Department of Correction and Correctional Medical Services are dismissed in their entirety, with prejudice. Plaintiff's claims against Defendants Williams and Clark are dismissed in their entirety, without prejudice. Any pending motions are denied as moot. Further, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 12th day of June, 2007.

/s/Wm . R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE